UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

Manuel Carvalho Calvelos,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2020
```

          Plaintiff(s),                          19 Civ. 6629 (CM) (JLC)

    -against-

CALENDAR NOTICE

City of New York, et al.,
        Defendant(s),
-------------------------------------------------X

      Please take notice that the above captioned matter has been **scheduled** for a:

| | | |
|---|---|---|
| \_\_\_Pre-trial conference | \_\_\_Status conference | \_\_ Oral argument |
| \_\_\_Settlement conference | \_\_\_Plea Hearing |     (Bankruptcy Appeal) |
| \_\_\_Rule (16) conference | \_\_\_Final pre-trial conference | \_\_ Fairness Hearing |
| X Telephone conference | \_\_\_Jury Selection and Trial | \_\_ OTSC Hearing |
| \_\_\_Non-Jury Trial | \_\_\_Inquest | |

**on Wednesday, November 4, 2020 at 10:00 A.M. before the Honorable Colleen McMahon, United States District Judge.** Parties should dial in at 1(888)363-4749, access code (9054506) to join the conference

      Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: October 28, 2020
       New York, New York

                                          So Ordered

                                          _____
                                          Colleen McMahon, Chief U.S.D.J